IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERVIN JAMES HORTON,

      Appellant,

v.

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT ETC. ET
AL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-508

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Ervin Horton, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Marcus O. Graper, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., MARSTILLER, and MAKAR, JJ., CONCUR.